**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR HASSAN,<br><br>Plaintiff,<br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No: 5:25-cv-05403-EKL<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court hereby grants Plaintiff VICTOR HASSAN and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC's Joint Stipulation for Dismissal with Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: the entire action, including all claims and counterclaims stated herein against all parties, shall be dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: July 27, 2026 By: ______________________

HON. EUMI K. LEE
Judge of the District Court